

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00264-CV

**IN THE INTEREST OF E.J.D.L.G., MINOR CHILD**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01970
Honorable Monique Diaz, Judge Presiding

# O R D E R

On April 5, 2022, the trial court signed a final judgment terminating appellant's parental rights to the child who is the subject of this case. Because this is an accelerated appeal, the notice of appeal was due to be filed on April 25, 2022. *See* TEX. R. APP. P. 4.1(a), 26.1(b), 28.4; TEX. FAM. CODE ANN. § 263.405(a). A motion for extension of time to file the notice of appeal was due to be filed on May 10, 2022. *See* TEX. R. APP. P. 26.3. On May 4, 2022, appellant filed his notice of appeal and a motion for extension of time to file the notice of appeal. In his motion, appellant states that he was not provided notice of the termination order. Appellant's motion is GRANTED, and we have jurisdiction over this appeal.

On May 17, 2022, and on May 24, 2022, court reporter Diana Guerrero filed notifications of late record. On May 19, 2022, court reporter Sachiko Nagao filed a notification of late record. All notifications of late record are NOTED, and it is ORDERD that the reporter's record is due on or before **June 3, 2022**. The court reporters are reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

It is so **ORDERED** on June 2, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT